1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   P. CRAIG CARDON, Cal. Bar No. 168646
2  BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
   PATRICK RUBALCAVA, Cal. Bar No. 335940
3  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067-6055
4  Telephone:    310.228.3700
   Facsimile:    310.228.3701
5  Email         ccardon@sheppardmullin.com
                 baigboboh@sheppardmullin.com
6                prubalcava@sheppardmullin.com

7  *Attorneys for Defendant*
   SEPHORA USA, INC.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| LINDA CAMP, individually and on behalf of all others similarly situated, | Case No. 3:24-cv-07330-TLT |
|---|---|
| Plaintiffs, | **SECOND STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| SEPHORA USA, INC., | |
| Defendant. | |

**STIPULATION**

This stipulation is made by and between Plaintiff Linda Camp ("Plaintiff") and Defendant Sephora USA, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, as follows:

WHEREAS, on September 18, 2024, Plaintiff filed a Class Action Complaint ("Complaint") against Defendant in the Superior Court of the State of California, County of San Francisco;

WHEREAS, on September 20, 2024, Plaintiff served the Summons and Complaint on Defendant;

WHEREAS, on October 21, 2024, Defendant removed the case to this Court under the Class Action Fairness Act, 28 U.S.C. §§ 1332(d);

WHEREAS, on October 22, 2024, the Parties filed a Stipulation to extend Defendant's deadline to respond to the Complaint to November 27, 2024 (Dkt. 4);

WHEREAS, due to travel and other obligations relating to the upcoming holiday, Defendant's required personnel will be unavailable until the month of December;

WHEREAS, the Parties have conferred and agreed to extend Defendant's deadline to respond to the Complaint to December 9, 2024 to allow Defendant adequate time in which to prepare its response to the Complaint;

WHEREAS, the Parties have further agreed that, should Defendant file a Motion to Dismiss, Plaintiff's deadline to file an Opposition to such Motion or amend the Complaint shall be December 30, 2024, and the deadline for Defendant's Reply in support of such Motion shall be January 9, 2025.

WHEREAS, the Parties have only once previously petitioned the Court for any order granting such an extension, and this Stipulation is not entered into for purposes of delay.

THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree, and respectfully request of the Court, that: (1) Defendant's deadline to respond to Complaint be extended from November 27, 2024 to December 9, 2024; (2) Plaintiff's deadline to file an Opposition to Defendant's Motion to Dismiss, or file an amended Complaint, shall be December 30, 2024; and (3) Defendant's deadline to file a Reply shall be January 9, 2025.

**IT IS SO STIPULATED.**

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated: November 22, 2024      By          */s/ P. Craig Cardon*
                                        P. CRAIG CARDON
                                        BENJAMIN O. AIGBOBOH
                                        PATRICK RUBALCAVA

                                        Attorneys for Defendant

BURSOR & FISHER, P.A.

Dated:  November 22, 2024      By          */s/ Yitzchak Kopel*
                                        L. TIMOTHY FISHER
                                        YITZCHAK KOPEL (pro hac vice forthcoming)

                                        Attorneys for Plaintiff