SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal Bar No. 168646
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
PATRICK RUBALCAVA, Cal Bar No. 335940
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
Email: ccardon@sheppardmullin.com
baigboboh@sheppardmullin.com
prubalcava@sheppardmullin.com

*Attorneys for Defendant*
SEPHORA USA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

LINDA CAMP, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SEPHORA USA, INC.,

Defendant.

Case No. 3:24-cv-07330-TLT

*Assigned to the Hon. Trina L. Thompson*

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANT SEPHORA USA, INC.'S MOTION TO DISMISS CLASS ACTION COMPLAINT**

[*Reply* and *Request Aigboboh Declaration* submitted concurrently herewith]

Hearing:
Date: January 28, 2025
Time: 2:00 p.m.
Courtroom: 9

Complaint Filed: September 18, 2024
Complaint Removed: October 21, 2024
Trial Date: None Set

**REQUEST FOR JUDICIAL NOTICE**

## I. INTRODUCTION

Pursuant to Federal Rule of Evidence 201(b), which provides that a court may judicially notice a fact that is not subject to reasonable dispute because it is either "generally known within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," Defendant Sephora USA, Inc. ("Sephora") requests that the Court take judicial notice of the Arizona House Committee Minutes on February 15, 2006, which are attached as Exhibit A to the *Declaration of Benjamin O. Aigboboh* ("*Reply Aigboboh Declaration*") submitted concurrently herewith.

## II. JUDICIAL NOTICE IS PROPER

Exhibit A to the *Reply Aigboboh Declaration* is legislative history material pertaining to the Arizona Telephone, Utility, and Communication Service Records Act, Arizona Revised Statutes § 44-1376 *et seq*. Such "[l]egislative history is properly a subject of judicial notice." *Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012); *see also Chaker v. Crogan*, 428 F.3d 1215, 1223 n.8 (9th Cir. 2005) (taking judicial notice of legislative history). As such, judicial notice of Exhibit A of the *Reply Aigboboh Declaration* is proper.

## III. CONCLUSION

Based on the foregoing, Sephora respectfully requests that the Court take judicial notice of Exhibit A of the *Reply Aigboboh Declaration*.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated: January 9, 2025

By */s/ Benjamin O. Aigboboh*
P. CRAIG CARDON
BENJAMIN O. AIGBOBOH
PATRICK RUBALCAVA

*Attorneys for Defendant*
SEPHORA USA, INC.

SMRH:4897-5980-8781.1