SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
P. CRAIG CARDON (Cal. Bar No. 168646)
ccardon@sheppardmullin.com
BENJAMIN O. AIGBOBOH (Cal. Bar No. 268531)
baigboboh@sheppardmullin.com
PATRICK D. RUBALCAVA (Cal. Bar No. 335940)
1901 Avenue of the Stars, Suite 1600
prubalcava@sheppardmullin.com
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

*Attorneys for Defendant*
SEPHORA USA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA. SAN FRANCISCO DIVISION**

LINDA CAMP, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SEPHORA USA, INC.,

Defendant.

Case No. 3:24-cv-07330-TLT

*Assigned to the Hon. Trina L. Thompson*

**SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT SEPHORA USA, INC.'S MOTION TO DISMISS CLASS ACTION COMPLAINT [DKT. 11]**

**Hearing:**
Date: January 28, 2025
Time: 2:00 p.m.
Courtroom: 9

Complaint Filed: Sept. 18. 2024
Complaint Removed: Oct, 21, 2024
Trial Date: None set

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Sephora USA, Inc. hereby submits the Honorable M. Scott McCoy's January 8, 2025 *Ruling* in *Kiloh Smith v. Target Corporation, et al.*, Case No. CV 2024-025462 (Sup. Ct. Ariz., Maricopa Cnty.) in support of its *Motion to Dismiss Class Action Complaint* (ECF No. 11). A true and correct copy of the *Smith Ruling* is attached hereto as **Exhibit A**.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated: January 13, 2025 By */s/ P. Craig Cardon*

P. CRAIG CARDON
BENJAMIN O. AIGBOBOH
PATRICK D. RUBALCAVA

*Attorneys for Defendant*
SEPHORA USA, INC.