UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CAMP, <br>         Plaintiff, <br>     v. <br> SEPHORA USA, INC., <br>         Defendant. | Case No.24-cv-07330-TLT <br><br> **JUDGMENT** |

On January 23, 2025, the Court granted Defendant's motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 23, 2025

TRINA L. THOMPSON
United States District Judge