# UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF** Northern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:24-cv-07330-TLT

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 10/21/2024

Date of judgment or order you are appealing: 01/24/2025

Docket entry number of judgment or order you are appealing: 23

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Linda Camp

Is this a cross-appeal?  ○ Yes  ⦿ No
If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ⦿ No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**         **Date**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Linda Camp |

Name(s) of counsel (if any):

| |
|---|
| L. Timothy Fisher |

Address: 1990 North California Blvd., 9th Floor, Walnut Creek, CA 94596

Telephone number(s): (925) 300-4455

Email(s): ltfisher@bursor.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Sephora USA, Inc. |

Name(s) of counsel (if any):

| |
|---|
| P. Craig Cardon, Benjamin O. Aigboboh, Patrick D. Rubalcava |

Address: 1901 Avenue of the Stars, Suite 1600, Los Angeles, California 90067

Telephone number(s): 310.228.3700

Email(s): ccardon@sheppardmullin.com, baigboboh@sheppardmullin.com, prubalcava@sheppardmullin.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                          1                                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**    2    *New 12/01/2018*